# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RANDY J. ESTRADA,

    Plaintiff,

  v.

GONZALEZ, *et al.*,

    Defendants.

Case No.  1:26-cv-00340-BAM (PC)

ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS

**FORTY-FIVE (30) DAY DEADLINE**

Plaintiff Randy J. Estrada ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  This case was initiated on January 16, 2026.  (ECF No. 1.)  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **January 20, 2026**     _/s/ Barbara A. McAuliffe_____
             UNITED STATES MAGISTRATE JUDGE

1