**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY J. ESTRADA, | No.  1:26-cv-00340 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| GONZALEZ, *et al.*, | |
| Defendants. | (Doc. 5) |

Randy J. Estrada is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 20, 2026, the magistrate judge ordered Plaintiff to submit a completed application to proceed *in forma pauperis* or pay the $405.00 filing fee to proceed with this action.  (Doc. 3.)  The magistrate judge warned Plaintiff that failure to comply with the Court's order would result in dismissal of this action without prejudice.  (*Id.*)  Plaintiff failed to respond to the Court's order or otherwise communicate with the Court.

On March 16, 2026, the magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, as the appropriate sanction for failure to obey a Court order and for Plaintiff's failure to prosecute this action.  (Doc. 5.)  The Court served the findings and recommendations on Plaintiff and informed him that any objections were due in 14 days.  (*Id.*)  The Court also warned Plaintiff that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  (*Id.*,

1

citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff has not filed objections or otherwise communicated with the Court, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

1.  The findings and recommendations issued on March 16, 2026, (Doc. 5), are **ADOPTED.**
2.  This action is **DISMISSED**, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute.
3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 15, 2026**

UNITED STATES DISTRICT JUDGE

2